# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ARTHUR EDMONSON PIERCE, III,
ADC #141254                                                                                      PLAINTIFF

V.                                         5:13CV00128 SWW/JTR

MARK CASION, Warden,
Randall Williams Unit, ADC, et al.                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition

submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.

After carefully considering these documents and making a *de novo* review of the record

in accordance with 28 U.S.C. § 636(b)(1)(C), the Court concludes that the Proposed

Findings and Recommended Disposition should be, and hereby are, approved and

adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this

case is DISMISSED, WITH PREJUDICE, for failing to state a claim on which relief

may be granted.

2.      Dismissal of this action constitutes a "STRIKE," as defined by 28 U.S.C.

§ 1915(g).

3.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 15th day of May 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE